658

No. 616. WEST BROTHERS BRICK Co. *v.* ALEXANDRIA. Appeal from the Supreme Court of Appeals of Virginia. Decided December 20, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Euclid* v. *Ambler Co.,* 272 U. S. 365, 387, 388; *Zahn* v. *Board of Public Works,* 274 U. S. 325, 327, 328; *Lewis* v. *Mayor,* 290 U. S. 585. *Mr. John S. Barbour* for appellant. *Messrs. Thomas B. Gay* and *Lewis F. Powell, Jr.,* for appellee.

No. 39. WOODRING, SECRETARY OF WAR, ET AL. *v.* CLARKSBURG-COLUMBUS SHORT ROUTE BRIDGE Co. Certiorari, 301 U. S. 679, to the Court of Appeals for the District of Columbia. Decided December 20, 1937. *Per Curiam:* The motion of the petitioners to reverse the judgment and remand the cause to the United States District Court for the District of Columbia, with instructions to dismiss the bill, is granted, and the judgment of the Court of Appeals is reversed, and the cause remanded to the District Court with instructions to dismiss the bill of complaint upon the ground that the cause is moot. *Brownlow* v. *Schwartz,* 261 U. S. 216, 217, 218; *Alejandrino* v. *Quezon,* 271 U. S. 528, 535, 536; *Bracken* v. *Securities & Exchange Comm'n,* 299 U. S. 504. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Messrs. J. Frank Staley* and *Paul A. Sweeney* for petitioners. *Mr. George D. Horning, Jr.,* for respondent.

No. —. EX PARTE BASIL H. POLLITT. December 20, 1937. Applications denied.